# JS-6

UNITED STATED DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RYAN STANTON, M.D., et al., <br><br> Plaintiffs, <br><br> v. <br><br> AETNA LIFE & CASUALTY (BERMUDA) LTD., and DOES 1 through 20, Inclusive, <br><br> Defendants. | CASE NO.: 2:18-CV-08937-CJC (AFM) <br><br> Assigned to Hon. Cormac J. Carney <br><br> **ORDER DISMISSING CASE, WITH PREJUDICE** |

1 | Having reviewed the parties' Stipulation to Dismiss, the Court ORDERS that
2 | this case is DISMISSED WITH PREJUDICE, with each party to bear its own fees and
3 | costs.
4 | IT IS SO ORDERED.

6 | DATED: November 28, 2022

_____
Honorable Cormac J. Carney
UNITED STATES DISTRICT JUDGE